**FILED**
November 21, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: CV
DEPUTY

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **CARLOS DEWAYNE BROWN #2215243** | § | |
| | § | |
| **V.** | § | **W-22-CA-1150-ADA** |
| | § | |
| **SAFE PRISON DEPARTMENT, et al.** | § | |

**ORDER**

Before the Court is Plaintiff's Complaint. Plaintiff asserts Defendants have violated their constitutional rights. Under the notice pleading requirement for a federal lawsuit, Plaintiff is required to state what acts Defendants did to cause damage. As currently written, Plaintiff's Complaint lacks sufficient facts and is inadequate as a result. Without additional details, Plaintiff's Complaint may be dismissed for failure to state a claim upon which relief may be granted. *See* 28 U.S.C. § 1915(e)(2)(B)(ii); *Brown v. Taylor*, 829 F.3d 365, 370 (5th Cir. 2016).

It is, therefore, **ORDERED** that Plaintiff shall file a more definite statement in which they answer the following questions **on or before December 7, 2022**. *See* Fed. R. Civ. P. 12(e); *Parker v. Carpenter*, 978 F.2d 190, 191 (5th Cir. 1992); *Spears v. McCotter*, 766 F.2d 179, 180-81 (5th Cir. 1985). A failure to do so will cause this Court to dismiss Plaintiff's complaint for want of prosecution.

The questions the plaintiff is **ORDERED** to answer are as follows:

1. In your complaint, you have named Safe Prison Department as a defendant. Safe Prison Department is not an entity capable of being sued.

o.k.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| CARLOS DEWAYNE BROWN #2215243 | § | |
| | § | |
| V. | § | W-22-CA-1150-ADA |
| | § | |
| SAFE PRISON DEPARTMENT, et al. | § | |

**ORDER**

Before the Court is Plaintiff's Complaint. Plaintiff asserts Defendants have violated their constitutional rights. Under the notice pleading requirement for a federal lawsuit, Plaintiff is required to state what acts Defendants did to cause damage. As currently written, Plaintiff's Complaint lacks sufficient facts and is inadequate as a result. Without additional details, Plaintiff's Complaint may be dismissed for failure to state a claim upon which relief may be granted. *See* 28 U.S.C. § 1915(e)(2)(B)(ii); *Brown v. Taylor*, 829 F.3d 365, 370 (5th Cir. 2016).

It is, therefore, **ORDERED** that Plaintiff shall file a more definite statement in which they answer the following questions **on or before December 7, 2022**. *See* Fed. R. Civ. P. 12(e); *Parker v. Carpenter*, 978 F.2d 190, 191 (5th Cir. 1992); *Spears v. McCotter*, 766 F.2d 179, 180-81 (5th Cir. 1985). A failure to do so will cause this Court to dismiss Plaintiff's complaint for want of prosecution.

The questions the plaintiff is **ORDERED** to answer are as follows:

1. In your complaint, you have named Safe Prison Department as a defendant. Safe Prison Department is not an entity capable of being sued. Name any or all individuals in the Department against whom you wish to make claims. State exactly what it is that each defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of each defendant. Be specific.

I do

2. In your complaint, you have named Medical Department as a defendant. Medical Department is not an entity capable of being sued. Name any or all individuals in the Department against whom you wish to make claims. State exactly what it is that each defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of each defendant. Be specific.

provider THEODORE, NABIOTIS
provider GREEN, PHOEBE
~~Provider~~
provider HERNANDEZ ODESSA. S

In this medical claim I have named these providers Because every time I try to contact my Gender Dysphoria provider MS DOZIER JOACHIM KAYL those named providers Inter sect my medical Request and call me in for a medical sick call in fact. They have no knowledge to Help my Gender Dysphoria medical issues and I talked to ms Dozier about it she was receiving my Request. She stated a few. I have Been trying to Reach her Due to the fact Mental Health Refuses to provide Help they told me that my problem is a medical Need.

Well I wrote medical Due to the fact I need "GAS" Gender Surgery I have and is suffering from having to live with male genitals. I tryed to cut the sack open to do my own Removal surgery on September 6TH 2022. in fact officers Refused to provide, and or contact medical staff. The reason I didnt complete the Removal process is Because I Hate to see Blood. But every day I suffer from mental Depression, and or Distress. I stated this to these said named providers.

3. In your complaint, you have named Mental Health Department as a defendant. Mental Health Department is not an entity capable of being sued. Name any or all individuals in the Department against whom you wish to make claims. State exactly what it is that each defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of each defendant. Be specific.

I wrote- Mr Stebbens he is a manager. I also told Him on 6-28-22 After I Tryed Hanging Myself, And Burning myself up In My cell Due. To the Fact I cant live with the Fact I have to live with male gentials. I told Him That I Needed Help. Nothing was Done other Than And was placed on Mental Health Direct OBSERVATION on 6-28-2022 At 1:30 pm And was Released on 7-2-2022 still not Helping my Mental Gender Dysphoria medical Mental Issue. Only making the Issue Worser. on Sep-6 2022 I In fact Tryed To open my male Gentals Seek And proform my own Removal surgery. These gentials is Causing Depression. Anxiety. And Thoughts of Self Harm. After This Reacts Mental Health Staff I needed To Contact medical It was Not a mental Health problem.

4. Your complaint appears to allege that you were denied or delayed in receiving adequate medical care. Describe with detail the medical problem that forms the basis of your complaint. What problem are you complaining about? Be specific.

I'm Complaining About I need "GAS" Gentical Surger. I'am Diagnosed with Gender Dysphoria. But on Sep. 6. 2022 I tried Doing my Own Removal Surgery. And Also on 6.28.2022 I tried killing myself from my Depression. And Axiety of living with a male gentials. I'm a Transgender Women. And I would like to totally live as who I'am 100% not Just 85%. It's Just Causing me Thoughts of Self Harm. or future Self Remover Surgerys. on Self.

Case 6:22-cv-01150 Document 8 ... Filed ... Page 6 of 10

5. Answer the following questions for each alleged denial or delay of medical care that you complain of in this case:

a. What exact treatment did you request? Gender Removal, and Replacement Surgery "G.A.S"

b. Explain what treatment you were denied and why you feel you should have received it. Be specific. I was Denied "G.A.S" By The name providers To Refer my Request To my provider ms Dozier At The Gender Dysphoria clinic.

why I Feel I should Receive it! is Because I live as a Women. And The male genitals only Bring Thoughts and Actions of past, and or future Self Harm. or Fatality of Self. Also In The Future I will Just Continue To preform Self Surgery. until I succeed in The Total Removal. This is Causing a very Deep Mental Depression. And The only way To Fix my problem I Feel is The removal and Replacement from Male To Female genitals.

Case 6:22-cv-01150 Document 8/7/2022 Filed Page 7 of 10

c. On what date did this occur? If you do not know the exact date, then try to provide an approximate date. september 6th 2022, and 6.28.22

d. Who (name, title, and by whom employed) denied you medical care?

providers.

NASIOTIS, Theodore
Griffin, phoebe
HERNADEZ ODESSA. S

e. If you know, state why you were denied the requested care. Because I Totally Feel That here In Texas prisons we Transgenders of Discriminated against in many Medical Treatments. That Are Supposed To Be on a CASE, by CASE- BASES.

f. At the time you were denied the requested care, were you provided with some other type of treatment, medication, or care? If so, please explain.

Currently I Am on Hormone Therapy. And is working Quiet well. provided By my Gender Dysphoria provider ms Dozier.

g. At the time you were denied the requested care, were you receiving treatment, medication, or care for another condition? If so, please explain.

Yes Mental Health Has Been treating my Depression Sence 2010. Also I Recived mental Health care in Fort Worth Texas Through-out my Child Hood life.

h. What harm has resulted from the alleged denial of medical treatment?

Self Surgery.
Burning of Cell Trying To kill my self.
Hanging my self.
~~[illegible]~~

Case 6:22-cv-01150 Document 6/7/2022 Filed Page 10 of 10

6. Plaintiff is to include the following declaration at the end of their more definite statement:

> I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Title 28 U.S.C. Section 1746. Signed this 15 day of November, 2022.

Carlos Lorenzo Brown

Signature of Plaintiff

**SIGNED** on November 7, 2022

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE